**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI  DIVISION**
www.flsb.uscourts.gov

In re:   Mary Martinez                              Case No:   18-20488 LMI
                                                                Chapter 13

                              Debtor                /
_____/

**MOTION TO WAIVE WAGE DEDUCTION ORDER**

Debtor  Mary  Martinez  moves  the  Court  to  waive  the  wage  deduction  order  requirement and states:

1.      Debtor is works in accounts payable of Steiners, a company that deals with beauty products.

2.      Debtor's responsibility is to create invoices for payment to vendors and those invoices are then sent to a department that makes the payments to the vendors.

3.      Debtor is concerned that if her employer becomes aware that she has filed bankruptcy, that it can affect her employment status since she creates invoices for payment and the employer may view her as a security risk in that she could create fake invoices to pay herself or others.


Dated September 15, 2018.

                                        Respectfully submitted,

                                        LEGAL SERVICES OF GREATER
                                        MIAMI, INC.
                                        By: _____/s/_____
                                        Carolina A. Lombardi, Attorney
                                        Florida Bar No. 0241970
                                        Attorney for Debtor
                                        4343 W. Flagler St., Suite #100
                                        Miami, Florida  33137
                                        Telephone and Fax: (305) 438-2427
                                        Email:CLombardi@legalservicesmiami.org
                                        Alt. Email: SFreire@legalservicesmiami.org