**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI  DIVISION**
www.flsb.uscourts.gov

In re:   Mary Martinez                                    Case No:   18-20488
                                                                      Chapter 13

_____Debtor_____/

## CERTIFICATE OF SERVICE

        I HEREBY CERTIFY that a true and correct copy of the Proof of Claim #5 for Creditor, Bird Lakes Homeowners Association, was transmitted electronically to:

Nancy K. Neidich
e2c8f01@ch13herkert.com, ecf2@ch13herkert.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Steven G. Powrozek, Esq. on behalf of Creditor JPMorgan Chase Bank, National Association
spowrozek@logs.com,  electronicbankruptcynotices@logs.com

and by US Mail on December 5, 2018 to:

Bird Lakes Homeowners Association
c/o Reinaldo Castellanos, Esq.
9960 Bird Road
Miami, FL 33165

                                        LEGAL SERVICES OF GREATER
                                        MIAMI, INC.

                                        By _____/s/_____
                                        Carolina A. Lombardi
                                        Florida Bar No.  241970
                                        Attorney for Debtor
                                        4343 West Flagler Street Suite 100
                                        Miami, FL 33134
                                        Telephone and Facsimile: (305) 438-2427
                                        Email: CLombardi@legalservicesmiami.org
                                        Alt: SFreire@legalservicesmiami.org