## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION
www.flsb.uscourts.gov

In re:   Mary Martinez                                    Case No:   18-20488 LMI
                                                          Chapter 13

_____ Debtor _____/

## OBJECTION TO CLAIM ON SHORTENED NOTICE

*IMPORTANT NOTICE TO CREDITOR:  THIS IS AN OBJECTION TO YOUR CLAIM*

*This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. Upon the filing of this objection an expedited hearing on this objection will be scheduled on the date already scheduled for the confirmation hearing in accordance with Local Rule 3007-1(B)(2).*

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the debtor objects to the following claim filed in this case:

Claim No. 1-2

Filed by T Mobile/T-Mobile USA Inc. by American InfoSource as Agent

Amount $839.84

Debtor had a family plan with TMobile and one of the phones broke. A TMobile representative told the debtor that the phone repair was covered under warranty. After the phone was repaired, TMobile told the debtor she had to pay for the repair. TMobile breached its contract with the debtor and is not entitled to have its claim paid. The claim should be disallowed.

The undersigned acknowledges that this objection and the notice of hearing for this objection will be served on the claimant and the debtor at least 14 days prior to the confirmation hearing date and that a certificate of service conforming to Local Rule 2002-1(F) must be filed with the court when the objection and notice of hearing are served.

DATED: January 2, 2019.

LEGAL SERVICES OF GREATER MIAMI, INC.
By _____/s/_____
Carolina A. Lombardi
Florida Bar No.  241970
Attorney for Debtor
4343 West Flagler Street Suite 100
Miami, FL 33134
Telephone and Facsimile: (305) 438-2427
Email: **CLombardi@legalservicesmiami.org**
Alt: **SFreire@legalservicesmiami.org**