**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:  Mary Martinez                               Case No:   18-20488
                                                    Chapter 13

_____Debtor_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of debtor's Notice of Withdrawal of Objection to Claim 1-1 of T-Mobile (DE 45) and Objection to Claim on Shortened Notice (DE 51); were transmitted electronically to:

Nancy K. Neidich
e2c8f01@ch13herkert.com, ecf2@ch13herkert.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

And sent via U.S. Mail on January 3, 2019 to:

T-Mobile/T-Mobile USA Inc by American InfoSource as agent
4515 N Santa Fe Avenue
Oklahoma City, OK 73118


LEGAL SERVICES OF GREATER
MIAMI, INC.

By _____/s/_____
Carolina A. Lombardi
Florida Bar No.  241970
Attorney for Debtor
4343 West Flagler Street Suite 100
Miami, FL 33134
Telephone and Facsimile: (305) 438-2427
Email: CLombardi@legalservicesmiami.org
Alt: SFreire@legalservicesmiami.org